ESRA JUNG (CSB # 152371)
LAW OFFICES OF ESRA JUNG
1288 Kifer Road, Suite 209
Sunnyvale, California 94086

Telephone (408) 556-0300
Facsimile (408) 556-0310

Attorney for Defendant

**FILED**
OCT 13 2009
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

E-filing

ADR

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMERICAN METAL & IRON, INC. | Civil Action No. |
| Plaintiff, | **C09 04848 RS** |
| v. | NOTICE OF REMOVAL |
| NOAH ENTERPRISES, INC., d/b/a TMG METAL, INC | |
| Defendant, | |

To the Clerk of the United States District Court for the Northern District of California

PLEASE TAKE NOTICE that Defendant Noah Enterprises, Inc, d/b/a TMG Metal, Inc and erroneously sued as TMG METAL, INC, hereby removes to this Court and State court action described below.

1. On the 14th day of September, 2009, an action was commenced against petitioner in the Superior Court of the State of California, in and for the County of Santa Clara, entitled American Metal & Iron, Inc., Plaintiff, against TMG METAL, INC. and DOES 1 through 100, Defendants,

Complaint                                                                 1

Docket No. 109CV152223, by the service upon the petitioner of a summons and complaint, copies of which are annexed hereto as Exhibit A. No further proceedings have been had therein.

2. The first date upon which Defendant received a copy of the said complaint was September 16, 2009 when Defendants was served with a copy of the said complaint and a summon from the said state court. A copy of the summon is attached hereto as Exhibit "B".

3. The above described action is a civil action of which this court has original jurisdiction under the provisions of title 28, United States Code, Section 1332, and is one which may be removed to this court by the petitioner, plaintiff herein, pursuant to the provisions of Title 28, United States Code, Section 1441, in that it is a civil action wherein the matter in controversy exceed the sum or value of $75,000.00 exclusive of interests and costs, and is between citizens of different states.

4. The named defendant TMG METAL, INC. in the State action is officially NOAH ENTERPRISES INC d/b/a TMG METAL, and at the time this action was commenced was and still is a corporation incorporated under laws of the State of New Jersey, with its principal place of business in the State of New Jersey, and was not and is not a citizen of the State of California wherein this action was brought. The plaintiff in the State action, AMERICAN METAL & IRON, INC., at the time this action was commenced was and still is a citizen of the State of California.

WHEREFORE, petitioner prays that the above action now pending against it in the Superior Court of the State of California in and for the County of Santa Clara, be removed therefrom to this court.

Dated: October 12, 2009.

By: _____
**Esra Jung, Esq.**
Attorney for Defendant