1  ELIZABETH M. PAPPY, ESQ. [SBN 157069]
   MORGAN, FRANICH, FREDKIN & MARSH
2  99 Almaden Boulevard, Suite 1000
   San Jose, California  95113-1606
3  Telephone:(408) 288-8288
   Facsimile:  (408) 288-8325
4
   Attorneys for Plaintiff
5  AMERICAN METAL & IRON, INC.

6

7

8              SUPERIOR COURT OF CALIFORNIA, COUNTY OF SANTA CLARA

9

10  AMERICAN METAL & IRON, INC.,          NO.    1 0 9 C V 1 5 2 2 2 3

11                  Plaintiff,            **COMPLAINT  FOR  BREACH  OF
                                          CONTRACT AND COMMON COUNTS**
12  vs.                                   **[Unlimited Jurisdiction]**

13  TMG METAL, INC., and DOES 1 through
    100, inclusive,
14
                    Defendants.
15

16

17

18       Plaintiff, American Metal & Iron, Inc., alleges as follows:

19                        **GENERAL ALLEGATIONS**

20       1.      Plaintiff AMERICAN METAL & IRON, INC. ("Plaintiff") is and was at all

21  times herein mentioned a California Corporation doing business in Santa Clara County,

22  California.

23       2.      Defendant TMG METAL, INC. ("Defendant") is and was at all times herein

24  mentioned a New Jersey corporation doing business in Santa Clara County, California.

25       3.      Defendants DOES 1 through 100, inclusive, are sued herein under fictitious

26  names. Plaintiff does not know the true names and capacities, whether individual or corporate,

27  associate or otherwise of defendants sued herein by fictitious names, however, plaintiff is

28

COMPLAINT FOR BREACH OF CONTRACT
AND COMMON COUNTS                    1

1 | informed and believes in that each set of fictitiously named defendants are in some way legally
2 | responsible for the damage sustained by plaintiff as more specifically described below, and
3 | prays for leave to amend this complaint to include the true names and capacities of each said
4 | defendant when the same are ascertained.

5 |     4.    Plaintiff is informed, believes, and thereon alleges that each defendant is, and
6 | at all times herein mentioned above was, the agent, servant, and employee of each remaining
7 | defendant, and in doing the things herein after described, was acting within the course and
8 | scope of such agency and employment.

### FIRST CAUSE OF ACTION
### (Breach of Contract)

    5.    Plaintiff incorporates paragraphs 1 through 4 of this complaint as though fully set forth herein.

    6.    Plaintiff is a scrap metal dealer in San Jose, California. Defendant entered into several written contracts with Plaintiff in San Jose, California, for the purchase of scrap metals. The materials were purchased in San Jose, California, and directed by Defendant to be delivered to the port in Oakland and shipped directly to Asia from the Oakland Port. The terms of the agreements are as set forth below:

    a.    On or about January 28, 2008, Plaintiff and Defendant entered into a written contract whereby Defendant agreed to purchase from Plaintiff 450,000 lbs of Aluminum Borings at $0.76 per pound, in addition to other scrap metal materials. Defendant fulfilled the contract with the exception of the 450,000 lbs of Aluminum Borings. Defendant failed to purchase the full amount of Aluminum Borings and purchased only 44,332 lbs of material.

    b.    On or about September 12, 2008, Plaintiff and Defendant entered into a written contract whereby Defendant agreed to purchase from Plaintiff 225,000 lbs. of Copper #2-Birch at $2.96 per pound, 90,000 lbs. of Copper Shiny Bright-Barle $3.19, 225,000 lbs. of Aluminum 6063 Extrusions $0.9350 per pound, and 135,000 lbs. of Insulated Copper Wire #1 at $2.00 per pound. Defendant failed to purchase the full amount of materials and purchased only 42,959 lbs of the Copper #2-Birch, none of the Copper Shiny Bright-Barle,

1  87,112 lbs. of the Aluminum 6063 Extrusions, and 86,378 lbs. of Insulated Copper Wire #1.

2       c.      On September 16, 2008, Plaintiff and Defendant entered into a written contract

3  whereby Defendant agreed to purchase from Plaintiff 180,000 lbs. of Insulated Copper Wire

4  #3 at $1.00 per pound.  Defendant failed to purchase the full amount of materials and

5  purchased only 43,130 lbs. of Insulated Copper Wire #3.

6       d.      On December 5, 2008, Plaintiff and Defendant entered into a written contract

7  whereby Defendant agreed to purchase from Plaintiff 450,000 lbs. of Aluminum 6063

8  Extrusions, 900,000 lbs. of Aluminum Borings-Telic, 90,000 lbs. of Aluminum Old Sheet-

9  Taint/Tabor, and 45,000 lbs. Aluminum Auto Rims-Troma. Defendant accepted delivery of

10  all materials but has failed to pay for all materials received.

11       7.      Plaintiff performed all conditions, covenants, and promises required on its part

12  to be performed under the contract.

13       8.      Defendant has breached the agreements set forth above by failing to fulfill three

14  of the four contracts and by failing to pay the balance due on the fourth contract.

15       9.      As a proximate result of the breach of contract by defendants, Plaintiff has

16  suffered damages in the minimum amount of $150,000, and according to proof at trial.

17       Wherefore, plaintiff prays for judgment against defendants, and each of them, as set

18  forth below;

## SECOND CAUSE OF ACTION
### (Common Counts)

19

20       10.     Plaintiff realleges paragraphs 1 through 9 of this complaint, and incorporates the

21  same as though fully set forth herein.

22       11.     In San Jose, California, Defendant became indebted to Plaintiff in the minimum

23  amount of  $150,000 representing the balance owed on invoices for material shipped and

24  accepted by Defendant and the amount owed on the unfilled orders, plus interest thereon, for

25  goods sold and delivered by the Plaintiff at the special request of said Defendant.

26       12.     Plaintiff demanded payment from Defendant in July of 2009.

27       13.     Defendants have not paid, and the minimum amount of $150,000 is due and

28

COMPLAINT FOR BREACH OF CONTRACT
AND COMMON COUNTS                          3

1  owing from Defendants, with interest thereon.

2       Wherefore, plaintiff prays for judgment against defendants, and each one of them as

3  set forth below

### THIRD CAUSE OF ACTION
#### (Open Book Account)

4

5      14.   Plaintiff realleges paragraphs 1 through 13 of this complaint, and incorporates

6  the same as though fully set forth herein.

7      15.   Within the past year, defendants became indebted to plaintiff on an open book

8  account in the amount of $146,663.86 representing the principal balance on the invoices for

9  material shipped and accepted. Plaintiff is also entitled to a late fee of 1.5% per month until

10  paid on the outstanding invoices per the terms of the parties' contract and interest on the

11  outstanding balance.   A detailed book of account constitutes the record of one or more

12  transactions between plaintiff and defendant causing defendants to become indebted to

13  plaintiff. The account was entered into the regular course of business as conducted by plaintiff

14  and kept in a reasonably permanent form.

15      16.   Plaintiff has performed all conditions, covenants, and promises required on its

16  part to be performed on the open book account.

17      17.   Plaintiff is entitled to recover damages in the amount of $146,663.86

18  representing the principal balance on the invoices for material shipped and accepted. Plaintiff

19  is also entitled to a late fee of 1.5% per month until paid on the outstanding invoices per the

20  terms of the parties' contract and interest on the outstanding balance.

21      WHEREFORE, Plaintiff prays for judgment against defendants as follows:

22      1.   For damages according to proof at trial in the minimum amount of $150,000 and

23  according to proof at trial;

24      2.   For attorneys fees;

25      3.   For costs of suit herein incurred;

26      4.   And for such other and further relief that the court deems just and proper.

27  \\

28

COMPLAINT FOR BREACH OF CONTRACT
AND COMMON COUNTS       4

1    Dated: September 14, 2009      MORGAN, FRANICH, FREDKIN & MARSH

2

3                                By _____

4                                    ELIZABETH M. PAPPY, ESQ.
                                      Attorneys for Plaintiff

5                                     AMERICAN METAL & IRON, INC.

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

COMPLAINT FOR BREACH OF CONTRACT
AND COMMON COUNTS                                  5