ESRA JUNG (CSB # 152371)
LAW OFFICES OF ESRA JUNG
1288 Kifer Road, Suite 209
Sunnyvale, California 94086

Telephone (408) 556-0300
Facsimile (408) 556-0310

Attorney for Defendant

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMERICAN METAL & IRON, INC. | Civil Action No. C09 4848 RS |
| Plaintiff, | Stipulation |
| v. | |
| NOAH ENTERPRISES, INC., d/b/a TMG METAL, INC | |
| Defendant, | |

Parties to the above-entitled case hereby stipulate that this case be assigned to new Magistrate, honorable Howard R. Lloyd, instead of honorable Richard Seeborg.

Dated: Feb. 17, 2010

By: _____
Elizabeth M. Pappry, Esq
Attorney for Plaintiff

Dated: Feb 10, 2010

By: _____
Esra Jung, Esq.
Attorney for Defendant

IT IS HEREBY ORDERED that this matter be referred to United States Magistrate Judge Lloyd for all further proceedings.

Dated: 02/17/2010

_____
RICHARD SEEBORG
United States District Judge

Complaint                                    1