*E-FILED 10-18-2010*

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN JOSE DIVISION

|  |  |
|---|---|
| AMERICAN METAL & IRON, INC., )<br>)<br>Plaintiff, )<br>v. )<br>)<br>NOAH ENTERPRISES, INC. , )<br>d/b/a TMG METAL, INC., )<br>Defendant, )<br>) | No.: C-09-04848 (HRL)<br><br><br><br><br><br>**ORDER** DENYING STIPULATED<br>REQUEST TO EXTEND PRE-TRIAL<br>FILING DEADLINES<br>[Re: Docket No. 29] |

The continuance of time stipulated to in the annexed Stipulation is hereby DENIED.

~~granted according to the dates contained therein.~~

~~PURSUANT TO THE STIPULATION, IT IS SO ORDERED.~~


Dated:   October 18, 2010

_____
Hon. Howard R. Lloyd, U.S.M.J.